**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-00094-TSK |
| SAMSUNG BIOEPIS CO., LTD., | |
| Defendants. | |
| REGENERON PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-00106-TSK |
| SAMSUNG BIOEPIS CO., LTD., | |
| Defendants. | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 8, 2024, service of Regeneron's *Notice of Deposition of Iain Cockburn* was made by electronic mail to counsel of record for all parties.

/s/ Steven R. Ruby
Steven R. Ruby (WVSB No. 10752)
CAREY DOUGLAS KESSLER & RUBY, PLLC
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com

1